# EXHIBIT 1

FILED
6/11/2021 1:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

REV. BILLY'S CHOP SHOP, INC.,  )
an Illinois Corporation          )
                                 )
    Plaintiff,            )    Case No.   **2021CH02861**
                                 )
    v.                    )
                                 )
INSTAGRAM, INC., a Delaware Corporation,  )
                                 )
    Defendant.            )
                                 )

## COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Complaint For Declaratory Judgment And Other Relief against Instagram, Inc., and states:

### Parties

1.    Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois. RBCS operates a hair salon.

2.    Instagram, Inc. ("Instagram") is a Delaware Corporation that is headquartered in California. Instagram operates a social media and photograph sharing internet site.

### Venue And Jurisdiction

3.    The dispute at issue involves interpretation and enforcement of an agreement between the parties. The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois. Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

## Facts Common To All Counts

4.      Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.      Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts"). In turn, other Instagram users as well as members of the public may view the Posts.

6.      Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.      RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.      RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.      RBCS Instagram account also became a significant revenue generator for its business. On average, RBCS's Instagram account generated $1,000 per week in sales, which revenue has been lost. RBCS's total lost revenue is approximately $24,000.

10.     In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.     In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service. Specifically, RBCS reported the age of its business to Instagram as six years old. Instagram wrongfully interpreted this representation as if RBCS was

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12.     This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13.     On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14.     On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15.     For approximately three weeks, RBCS's Instagram account operated properly.

16.     However, on or about March 21, 2021, Instagram again shut down RBCS's account. RBCS was advised that its account was deactivated for violating its terms of service.

17.     At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18.     At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

18.     On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

19.     Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account. These communications were conducted both electronically.

20.     In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

21.     At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

22.     RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

23.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 23.

24.     The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS. A copy of the TOS is attached hereto as Exhibit A.

25.     The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]" *See* Exhibit A.

26.     RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000. *See* Notice of Dispute, attached hereto as Exhibit A.

27.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service.  As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Instagram, Inc., and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

28.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 28.

29.     The TOS are a contract of adhesion in that:

> Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;

> At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and

> The TOS were offered to RBCS on a "take it or leave it" basis.

30.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

31.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

32.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

33.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Instagram, Inc., and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade                                         Rev. Billy's Chop Shop, Inc.
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com                               By Its Attorney

# EXHIBIT A

How can we help?

Help Center — **Policies and Reporting**

Report Something

Reducing the Spread of False
Information on Instagram

Community Guidelines

Data Policy

**Terms of Use**

Platform Policy

About Cookies

Community Payments Terms

Instagram Purchase Protection Policy

Back

## Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we
expressly state that separate terms (and not these) apply, and provide information about
the Instagram Service (the "Service"), outlined below. When you create an Instagram
account or use Instagram, you agree to these terms. The Facebook Terms of Service do
not apply to this Service.

The Instagram Service is one of the Facebook Products, provided to you by Facebook,
Inc. These Terms of Use therefore constitute an agreement between you and Facebook,
Inc.

**ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL
BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR
RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE
ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF
ARBITRATION BELOW.**

### The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the
Instagram products, features, applications, services, technologies, and software that we
provide to advance Instagram's mission: To bring you closer to the people and things you
love. The Service is made up of the following aspects:

- **Offering personalized opportunities to create, connect, communicate, discover,
  and share.**
  People are different. We want to strengthen your relationships through shared
  experiences you actually care about. So we build systems that try to understand
  who and what you and others care about, and use that information to help you
  create, find, join, and share in experiences that matter to you. Part of that is
  highlighting content, features, offers, and accounts you might be interested in, and
  offering ways for you to experience Instagram, based on things you and others do
  on and off Instagram.

- **Fostering a positive, inclusive, and safe environment.**
  We develop and use tools and offer resources to our community members that
  help to make their experiences positive and inclusive, including when we think they
  might need help. We also have teams and systems that work to combat abuse and
  violations of our Terms and policies, as well as harmful and deceptive behavior. We
  use all the information we have-including your information-to try to keep our
  platform secure. We also may share information about misuse or harmful content

with other Facebook Companies or law enforcement. Learn more in the Data Policy.

- **Developing and using technologies that help us consistently serve our growing community.**
  Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- **Providing consistent and seamless experiences across other Facebook Company Products.**
  Instagram is part of the Facebook Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Data Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Facebook Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Facebook Company Products.

- **Ensuring access to our Service.**
  To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Facebook Inc., Facebook Ireland Limited, or their affiliates.

- **Connecting you with brands, products, and services in ways you care about.**
  We use data from Instagram and other Facebook Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- **Research and innovation.**
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

## How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact

you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

## The Data Policy

Providing our Service requires collecting and using your information. The Data Policy explains how we collect, use, and share information across the Facebook Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Data Policy to use Instagram.

## Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

**Who Can Use Instagram.** We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least 13 years old.

- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.

- We must not have previously disabled your account for violation of law or any of our policies.

- You must not be a convicted sex offender.

**How You Can't Use Instagram.** Providing a safe and open Service for a broad community requires that we all do our part.

- **You can't impersonate others or provide inaccurate information.**
  You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.

- **You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.**

- **You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Facebook Platform Terms and Developer Policies, and Music Guidelines.**
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.

- **You can't do anything to interfere with or impair the intended operation of the Service.**
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

- **You can't attempt to create accounts or access or collect information in unauthorized ways.**
  This includes creating accounts or collecting information in an automated way without our express permission.

- **You can't sell, license, or purchase any account or data obtained from us or our Service.**
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- **You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods).**
  You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- **You can't modify, translate, create derivative works of, or reverse engineer our products or their components.**

- **You can't use a domain name or URL in your username without our prior written consent.**

**Permissions You Give to Us.** As part of our agreement, you also give us permissions that we need to provide the Service.

- **We do not claim ownership of your content, but you grant us a license to use it.**
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- **Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.**
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Facebook Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- **You agree that we can download and install updates to the Service on your device.**

**Additional Rights We Retain**

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

- You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

**Content Removal and Disabling or Terminating Your Account**

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Facebook Products and Facebook Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

- investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

- protect the safety and security of our products, systems, and users;

- comply with a legal obligation, such as the preservation of evidence; or

- comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

- in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

## Our Agreement and What Happens if We Disagree

**Our Agreement.**

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Facebook Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

**Who Has Rights Under this Agreement.**

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

**Who Is Responsible if Something Happens.**

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE

IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

**How We Will Handle Disputes.**

- Except as provided below, **you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted;** you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. **You and we expressly waive a trial by jury.**

The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

This arbitration provision is governed by the Federal Arbitration Act.

You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send

them here: Facebook, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the relief you seek. Any Notice of Dispute you send to us should be mailed to Facebook, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

**Unsolicited Material.**

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

## Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: December 20, 2020

ABOUT US    HELP    API    JOBS    TERMS    PRIVACY                                                                © 2021 INSTAGRAM, INC.

ENGLISH (US)    ESPAÑOL    FRANÇAIS (FRANCE)    中文(简体)    العربية    PORTUGUÊS (BRASIL)    한국어    ITALIANO    DEUTSCH    हिन्दी    日本語

# EXHIBIT B

**LAW OFFICE OF DANIEL I. SCHLADE**
134 N. LaSalle, Suite 1208
Chicago, Illinois 60602
Email: danschlade@gmail.com Tel: (773) 550-3775

March 22, 2021

**Via U.S. Mail Delivery**

Instagram Arbitration Filing
1601 Willow Rd.
Menlo Park, CA 94025

>       Re:     **NOTICE OF DISPUTE**
>
>               **@revbillyschopshop / Rev. Billy's Chop Shop, Inc. v. Instagram**
>
>                       **Introduction**

To Whom It May Concern:

My Law Firm represents Rev. Billy's Chop Shop, Inc. ("RBCS"). RBCS is an active Illinois Corporation (File No. 69602916); and it is the business of operating a hair salon and studio. RBCS's owners are William P Simmons/President ("William") and Amanda J Simmons/Secretary ("Amanda").

Please note that any statements contained herein are protected by Federal Rule of Evidence 408, Illinois Rule of Evidence 408, and/or any common law privilege; and any such statements shall not be admissible as evidence at any arbitration, trial, hearing, or any evidentiary proceeding whatsoever. Moreover, nothing contained in this correspondence shall be deemed a waiver of RBCS's right to contest any arbitration provision or Instagram's terms of service; and RBCS reserves all such rights.

Instagram a/k/a Facebook, Inc. ("Instagram") previously suspended RBCS's Instagram account, @revbillyschopshop (the "Account"), due to an error with Instagram's term's service. On February 21, 2021, this law firm sent Instagram a Notice of Dispute, requesting that the suspension be lifted, and/or that the matter be sent to arbitration if necessary. A copy of the February 21, 2021 correspondence is included for reference purposes.

Shortly thereafter, Instagram acquiesced, and the suspension of the Account was lifted. Matters had been progressing without incident until yesterday, March 21, 2021.

Specifically, Amanda was attending to the Instagram account when, without notice or reason, she was booted from the account. When Amanda attempted to sign back into the account, she was advised that the account user could not be located. She was also directed to secure a six-digit security code that was supposed to be sent to her cell phone. However, her attempts at securing the access code were fruitless, and no code was sent to her phone.

March 22, 2021
Page 2

Even more concerning, general searches of the Instagram no longer reveal any @revbillyschopshop account whatsoever. Obviously, my client is concerned that the account has been deleted or tampered with, especially in light of the complete lack of communication from Instagram

Accordingly, my law firm has been authorized and directed by RBCS to serve this Notice of Dispute on Instagram a/k/a Facebook, Inc. ("Instagram"). Per Instagram's terms of service, we submit the following information:

**Account Identification Information:**

> your name: Rev. Billy's Chop Shop, Inc.
> residence address: 4314 N. Lincoln Ave., Chicago, IL 60618
> username: revbillyschopshop
> email address: revschopshop@gmail.com

**Detailed Description Of The Dispute**:

> *See* "Introduction" section *supra,* incorporated herein by reference.

**Relief Being Sought:**

This claim seeks less than $75,000. RBCS is seeking that the reinstatement of the RBCS account (@revbillyschopshop), and that RBCS be granted back its privileges with respect to the Account. In addition, if compelled to go through arbitration, RBCS seeks the following: lost profits of less than $75,000; payment of all American Arbitration Association arbitration fees and costs by Instagram (a/k/a Facebook, Inc.); RBCS's attorney's fees and costs; and any other damages deemed appropriate by an arbitrator.

**Offer of Compromise:**

RBCS is willing to accept that RCBS Account be reinstated, and that it be granted back all privileges, followers, posts, and any other rights generally associated with the possession of an Instagram account. If Instagram accepts this, RBCS will waive and forgo any rights to compel arbitration and seek past monetary damages, including lost profits and attorney's fees.

Please respond to this Notice of Dispute as soon as possible. Please also be advised that RBCS has authorized Instagram to communicate to it through my law firm. My contact information is as follows:

> Daniel I. Schlade
> Law Office of Daniel I. Schlade
> 134 N. LaSalle, Suite 1208
> Chicago, IL 60602
> P: 773-550-3775
> E: danschlade@gmail.com

March 22, 2021
Page 3


      Please direct all responses and communications to my law firm.  If you require proof of representation in order to communicate with my law firm, please so advise and it will be tendered upon request.  And if you require any additional information, please do not hesitate to contact me.

Very Truly Yours,

Daniel I. Schlade

cc:    Amanda Simmons, William Simmons

FILED
6/23/2021 9:54 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861
13787745

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

REV. BILLY' S CHOP SHOP, INC.

_____

Plaintiff(s)

v.

INSTAGRAM, INC.                                    Case No.   2021 CH 02861

_____

Instagram, Inc.                    Defendant(s)
Registered Agent: Incorporating Services, Ltd.
3500 S. Dupont Hwy
Dover, DE 19901

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ○ Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons**                                    (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

◉ Atty. No.: 61282
○ Pro Se 99500

Name: Daniel I. Schlade

Atty. for (if applicable):

Attorney For Plaintiff

Address: 134 N. LaSalle, Suite 1208

City: Chicago

State: IL   Zip: 60602

Telephone: 773-550-3775

Primary Email: danschlade@gmail.com

Witness date  6/23/2021 9:54 AM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service:
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
            OR
            ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

Case: 1:21-cv-06931 Document #: 1-1 Filed: 12/30/21 Page 24 of 113 PageID #:32
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
7/19/2021 10:03 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

14085244

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | **2620 - Sec. of State** |
| **2220 - Not Served** | **2221 - Not Served** | **2621 - Alias Sec of State** |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |
| **Summons - Alias Summons** | | **(03/15/21) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

REV. BILLY' S CHOP SHOP, INC.

_____

_____
                                    Plaintiff(s)

                    v.

INSTAGRAM, INC.                 Case No.     2021 CH 02861

_____

_____

Instagram, Inc.                 Defendant(s)
Registered Agent: Kevin Systrom
181 S. Park Ave., #2
Dover, DE 19901
_____
            Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail   ○ Sheriff Service   ☒ Alias

## ALIAS   SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE: Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons                                      (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

| | |
|---|---|
| ● Atty. No.: 61282 | Witness date _7/19/2021 10:03 AM IRIS Y. MARTINEZ_ |
| ○ Pro Se 99500 | |
| Name: Daniel I. Schlade | |
| Atty. for (if applicable): | Iris Y. Martinez, Clerk of Court |
| Attorney For Plaintiff | ☐ Service by Certified Mail: |
| Address: 134 N. LaSalle, Suite 1208 | ☐ Date of Service: _____ |
| City: Chicago | (To be inserted by officer on copy left with employer or other person) |
| State: IL   Zip: 60602 | |
| Telephone: 773-550-3775 | |
| Primary Email: danschlade@gmail.com | |

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Case: 1:21-cv-06931 Document #: 1-1 Filed: 12/30/21 Page 27 of 113 PageID #:35

FILED
7/19/2021 3:26 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

14095158

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | **2620 - Sec. of State** |
| **2220 - Not Served** | **2221 - Not Served** | **2621 - Alias Sec of State** |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |
| **Summons - Alias Summons** | | **(03/15/21) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

REV. BILLY' S CHOP SHOP, INC.

_____

Plaintiff(s)

v.

INSTAGRAM, INC.

Case No.    2021 CH 02861

_____

Instagram, Inc.      Defendant(s)
Registered Agent: Kevin Systrom
181 S. Park Ave., #2
San Francisco, CA 94107

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ○ Sheriff Service   ⊗ Alias

## SECOND ALIAS SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

## THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 3

Summons - Alias Summons                                    (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Atty. No.: 61282

Pro Se 99500

Name: Daniel I. Schlade

Atty. for (if applicable):

Attorney For Plaintiff

Address: 134 N. LaSalle, Suite 1208

City: Chicago

State: IL    Zip: 60602

Telephone: 773-550-3775

Primary Email: danschlade@gmail.com

Witness date  7/19/2021 3:26 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:  (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:  (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:  (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:  (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:  (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:  (708) 232-4551

FILED
8/25/2021 9:17 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

14566591

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC.,<br>an Illinois Corporation | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 CH 2861 |
| | ) | |
| v. | ) | |
| | ) | |
| INSTAGRAM, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

09/01/

**PLEASE TAKE NOTICE** that on _____, **2021, at 10:00 am**, or as soon thereafter as counsel may be heard, the undersigned will appear via Zoom before the Honorable Sophia Hall, or the presiding Judge sitting in **Courtroom 2301**, at the Richard J. Daley Center, Chicago, Illinois, and will then present Plaintiff's **Motion For Leave to Amend Complaint.** The hearing will occur virtually via Zoom. Judge Sophia Hall's log-in information is:

> **Meeting ID:** 953 7174 9534
> **Password:** 253498

Daniel I. Schlade
James M. Dore
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com

REV. BILLY'S CHOP SHOP, INC.

By Its Attorney

FILED
8/24/2021 10:54 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

14550407

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC., | ) | |
| an Illinois Corporation | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 CH 2861 |
| | ) | |
| v. | ) | |
| | ) | |
| INSTAGRAM, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Motion For Leave to File Amended Complaint For Declaratory Judgment And Other Relief, and states:

1.     This is a dispute between Plaintiff and Instagram, an online photo sharing service.

2.     On the date Plaintiff filed the original Complaint, Instagram, Inc. was listed as the entity of record on the website.

3.     Plaintiff attempted to serve Instagram, Inc. via its registered agent in Delaware, and its registered agent in San Francisco, California. However, at both locations there was no registered agent available to accept service of process.

4.     Moreover, during the intervening months, Instagram, Inc. has changed its website to reflect that it is now "Instagram from Facebook." Facebook is its owner and/or parent company.

5.     Accordingly, Plaintiff seeks leave to amend the Complaint to name Facebook, Inc. as the party Defendant. A copy of Plaintiff's proposed Amended Complaint is attached. No Defendant has been served as of today's date, nor have any Defendants appeared in this matter.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that this Motion be granted, and that it be granted leave *instanter* to file the attached Amended Complaint, with alias summons to issue.

Daniel I. Schlade                                    Rev. Billy's Chop Shop, Inc.
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com                          By Its Attorney

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC., an Illinois Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 CH 2861 |
| v. | ) ) ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Complaint For Declaratory Judgment And Other Relief against Facebook, Inc. d/b/a Instagram, and states:

### Parties

1. Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois. RBCS operates a hair salon.

2. Facebook, Inc. d/b/a Instagram ("Instagram") is a Delaware Corporation that is headquartered in California. Instagram operates a social media and photograph sharing internet site.

### Venue And Jurisdiction

3. The dispute at issue involves interpretation and enforcement of an agreement between the parties. The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois. Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

## Facts Common To All Counts

4.     Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.     Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts"). In turn, other Instagram users as well as members of the public may view the Posts.

6.     Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.     RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.     RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.     RBCS Instagram account also became a significant revenue generator for its business. On average, RBCS's Instagram account generated $1,000 per week in sales, which revenue has been lost. RBCS's total lost revenue is approximately $24,000.

10.     In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.     In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service. Specifically, RBCS reported the age of its business to Instagram as six years old. Instagram wrongfully interpreted this representation as if RBCS was

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12.    This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13.    On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14.    On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15.    For approximately three weeks, RBCS's Instagram account operated properly.

16.    However, on or about March 21, 2021, Instagram again shut down RBCS's account. RBCS was advised that its account was deactivated for violating its terms of service.

17.    At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18.    At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

18.    On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

19.    Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account. These communications were conducted both electronically.

20.    In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

21.     At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

22.     RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

23.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 23.

24.     The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS.  A copy of the TOS is attached hereto as Exhibit A.

25.     The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]" *See* Exhibit A.

26.     RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000. *See* Notice of Dispute, attached hereto as Exhibit A.

27.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service. As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

28.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 28.

29.     The TOS are a contract of adhesion in that:

> Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;
>
> At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and
>
> The TOS were offered to RBCS on a "take it or leave it" basis.

30.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram

users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

31.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

32.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

33.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com

Rev. Billy's Chop Shop, Inc.

By Its Attorney

# EXHIBIT A

How can we help?

Help Center — **Policies and Reporting**

Report Something

Reducing the Spread of False
Information on Instagram

Community Guidelines

Data Policy

**Terms of Use**

Platform Policy

About Cookies

Community Payments Terms

Instagram Purchase Protection Policy

Back

## Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we
expressly state that separate terms (and not these) apply, and provide information about
the Instagram Service (the "Service"), outlined below. When you create an Instagram
account or use Instagram, you agree to these terms. The Facebook Terms of Service do
not apply to this Service.

The Instagram Service is one of the Facebook Products, provided to you by Facebook,
Inc. These Terms of Use therefore constitute an agreement between you and Facebook,
Inc.

**ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL
BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR
RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE
ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF
ARBITRATION BELOW.**

### The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the
Instagram products, features, applications, services, technologies, and software that we
provide to advance Instagram's mission: To bring you closer to the people and things you
love. The Service is made up of the following aspects:

- **Offering personalized opportunities to create, connect, communicate, discover,
  and share.**
  People are different. We want to strengthen your relationships through shared
  experiences you actually care about. So we build systems that try to understand
  who and what you and others care about, and use that information to help you
  create, find, join, and share in experiences that matter to you. Part of that is
  highlighting content, features, offers, and accounts you might be interested in, and
  offering ways for you to experience Instagram, based on things you and others do
  on and off Instagram.

- **Fostering a positive, inclusive, and safe environment.**
  We develop and use tools and offer resources to our community members that
  help to make their experiences positive and inclusive, including when we think they
  might need help. We also have teams and systems that work to combat abuse and
  violations of our Terms and policies, as well as harmful and deceptive behavior. We
  use all the information we have-including your information-to try to keep our
  platform secure. We also may share information about misuse or harmful content

with other Facebook Companies or law enforcement. Learn more in the Data Policy.

- **Developing and using technologies that help us consistently serve our growing community.**
  Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- **Providing consistent and seamless experiences across other Facebook Company Products.**
  Instagram is part of the Facebook Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Data Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Facebook Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Facebook Company Products.

- **Ensuring access to our Service.**
  To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Facebook Inc., Facebook Ireland Limited, or their affiliates.

- **Connecting you with brands, products, and services in ways you care about.**
  We use data from Instagram and other Facebook Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- **Research and innovation.**
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

## How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact

you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

## The Data Policy

Providing our Service requires collecting and using your information. The Data Policy explains how we collect, use, and share information across the Facebook Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Data Policy to use Instagram.

## Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

**Who Can Use Instagram.** We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least 13 years old.

- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.

- We must not have previously disabled your account for violation of law or any of our policies.

- You must not be a convicted sex offender.

**How You Can't Use Instagram.** Providing a safe and open Service for a broad community requires that we all do our part.

- **You can't impersonate others or provide inaccurate information.**
  You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.

- **You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.**

- **You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Facebook Platform Terms and Developer Policies, and Music Guidelines.**
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.

- **You can't do anything to interfere with or impair the intended operation of the Service.**
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

- **You can't attempt to create accounts or access or collect information in unauthorized ways.**
  This includes creating accounts or collecting information in an automated way without our express permission.

- **You can't sell, license, or purchase any account or data obtained from us or our Service.**
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- **You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods).**
  You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- **You can't modify, translate, create derivative works of, or reverse engineer our products or their components.**

- **You can't use a domain name or URL in your username without our prior written consent.**

**Permissions You Give to Us.** As part of our agreement, you also give us permissions that we need to provide the Service.

- **We do not claim ownership of your content, but you grant us a license to use it.**
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- **Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.**
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Facebook Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- **You agree that we can download and install updates to the Service on your device.**

### Additional Rights We Retain

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

- You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

### Content Removal and Disabling or Terminating Your Account

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Facebook Products and Facebook Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

- investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

- protect the safety and security of our products, systems, and users;

- comply with a legal obligation, such as the preservation of evidence; or

- comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

- in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

## Our Agreement and What Happens if We Disagree

**Our Agreement.**

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Facebook Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

**Who Has Rights Under this Agreement.**

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

**Who Is Responsible if Something Happens.**

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE

IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

**How We Will Handle Disputes.**

- Except as provided below, **you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted**; you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. **You and we expressly waive a trial by jury.**

The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

This arbitration provision is governed by the Federal Arbitration Act.

You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send

them here: Facebook, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the relief you seek. Any Notice of Dispute you send to us should be mailed to Facebook, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

**Unsolicited Material.**

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

## Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: December 20, 2020

ABOUT US   HELP   API   JOBS   TERMS   PRIVACY                              © 2021 INSTAGRAM, INC.

ENGLISH (US)   ESPAÑOL   FRANÇAIS (FRANCE)   中文(简体)   العربية   PORTUGUÊS (BRASIL)   한국어   ITALIANO   DEUTSCH   हिन्दी   日本語

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

REV. BILLY'S CHOP SHOP, INC.,     )
an Illinois Corporation     )
    )
    Plaintiff,     )     Case No. 21 CH 2861
    )
    v.     )
    )
INSTAGRAM, INC., a Delaware Corporation,     )
    )
    Defendant.     )
    )

## ORDER

This matter coming to be heard on Plaintiff's Motion For Leave to File Amended Complaint to substitute the party Defendant (the "Motion"), and the Court being advised in the premises:

IT IS HEREBY ORDERED:

The Motion is granted, and Plaintiff is granted leave *instanter* to file its Amended Complaint, substituting Facebook, Inc. d/b/a Instagram as the party Defendant in this case, with alias summons to issue. The matter is continued to the previously scheduled status date of **October 12, 2021 at 9:30 am**. Said status hearing to be conducted virtually by Zoom:

Meeting ID: 953 7174 9534

Password: 253498.

Judge: _____ Date: _____

9/1/21

**Prepared By:**
Daniel I. Schlade
Counsel for Plaintiff
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
danschlade@gmail.com
Firm ID: 61282

ENTERED
Judge Sophia H. Hall 9162

SEP 01 2021

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
9/2/2021 9:50 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861
14677213

FILED DATE: 9/2/2021 9:50 AM   2021CH02861

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

REV. BILLY' S CHOP SHOP, INC.

_____

Plaintiff(s)

v.

Case No. _____ 2021 CH 02861 _____

_____

Facebook, Inc. d/b/a Instagram .   Defendant(s)
r/a: Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

_____

Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail  ○ Sheriff Service  ⊗ Alias

### THIRD  ALIAS  SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE: Your appearance date is NOT a court date.** It is the deadline
for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED
TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/
answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/
approved/procedures/appearance.asp. After completing and saving your Appearance form, you can
electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

**Summons - Alias Summons**                     **(03/15/21) CCG 0001 B**

FILED DATE: 9/2/2021 9:50 AM  2021CH02861

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 61282

○ Pro Se 99500

Name: Daniel I. Schlade

Atty. for (if applicable):

Attorney For Plaintiff

Address: 134 N. LaSalle, Suite 1208

City: Chicago

State: IL    Zip: 60602

Telephone: 773-550-3775

Primary Email: danschlade@gmail.com

Witness date   9/2/2021 9:50 AM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED DATE: 9/2/2021 9:50 AM   2021CH02861

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                OR
        ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 3 of 3

FILED
9/2/2021 9:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

14676220

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC., an Illinois Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 CH 2861 |
| v. | ) ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

<u>**AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF**</u>

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Complaint For Declaratory Judgment And Other Relief against Facebook, Inc. d/b/a Instagram, and states:

<u>**Parties**</u>

1.      Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois.  RBCS operates a hair salon.

2.      Facebook, Inc. d/b/a Instagram ("Instagram") is a Delaware Corporation that is headquartered in California.   Instagram operates a social media and photograph sharing internet site.

<u>**Venue And Jurisdiction**</u>

3.      The dispute at issue involves interpretation and enforcement of an agreement between the parties.  The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois.  Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

**Facts Common To All Counts**

4.     Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.     Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts").  In turn, other Instagram users as well as members of the public may view the Posts.

6.     Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.     RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.     RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.     RBCS Instagram account also became a significant revenue generator for its business.  On average, RBCS's Instagram account generated $1,000 per week in sales, which revenue has been lost.  RBCS's total lost revenue is approximately $24,000.

10.     In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.     In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service.  Specifically, RBCS reported the age of its business to Instagram as six years old.   Instagram wrongfully interpreted this representation as if RBCS was

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12. This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13. On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14. On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15. For approximately three weeks, RBCS's Instagram account operated properly.

16. However, on or about March 21, 2021, Instagram again shut down RBCS's account. RBCS was advised that its account was deactivated for violating its terms of service.

17. At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18. At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

18. On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

19. Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account. These communications were conducted both electronically.

20. In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

21.     At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

22.     RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

23.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 23.

24.     The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS.  A copy of the TOS is attached hereto as Exhibit A.

25.     The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]"  *See* Exhibit A.

26.     RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000.  *See* Notice of Dispute, attached hereto as Exhibit A.

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

27.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service.  As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

28.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 28.

29.     The TOS are a contract of adhesion in that:

Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;

At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and

The TOS were offered to RBCS on a "take it or leave it" basis.

30.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram

FILED DATE: 9/2/2021 9:20 AM  2021CH02861

users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

31.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

32.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

33.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade                                    Rev. Billy's Chop Shop, Inc.
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com                                By Its Attorney

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

# EXHIBIT A

How can we help?

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

Help Center — **Policies and Reporting**

Report Something

Reducing the Spread of False
Information on Instagram

Community Guidelines

Data Policy

**Terms of Use**

Platform Policy

About Cookies

Community Payments Terms

Instagram Purchase Protection Policy

Back

# Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we
expressly state that separate terms (and not these) apply, and provide information about
the Instagram Service (the "Service"), outlined below. When you create an Instagram
account or use Instagram, you agree to these terms. The Facebook Terms of Service do
not apply to this Service.

The Instagram Service is one of the Facebook Products, provided to you by Facebook,
Inc. These Terms of Use therefore constitute an agreement between you and Facebook,
Inc.

**ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL
BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR
RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE
ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF
ARBITRATION BELOW.**

## The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the
Instagram products, features, applications, services, technologies, and software that we
provide to advance Instagram's mission: To bring you closer to the people and things you
love. The Service is made up of the following aspects:

- **Offering personalized opportunities to create, connect, communicate, discover,
and share.**
  People are different. We want to strengthen your relationships through shared
  experiences you actually care about. So we build systems that try to understand
  who and what you and others care about, and use that information to help you
  create, find, join, and share in experiences that matter to you. Part of that is
  highlighting content, features, offers, and accounts you might be interested in, and
  offering ways for you to experience Instagram, based on things you and others do
  on and off Instagram.

- **Fostering a positive, inclusive, and safe environment.**
  We develop and use tools and offer resources to our community members that
  help to make their experiences positive and inclusive, including when we think they
  might need help. We also have teams and systems that work to combat abuse and
  violations of our Terms and policies, as well as harmful and deceptive behavior. We
  use all the information we have-including your information-to try to keep our
  platform secure. We also may share information about misuse or harmful content

FILED DATE: 9/2/2021 9:20 AM    2021CH02861

with other Facebook Companies or law enforcement. Learn more in the Data Policy.

- **Developing and using technologies that help us consistently serve our growing community.**
  Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- **Providing consistent and seamless experiences across other Facebook Company Products.**
  Instagram is part of the Facebook Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Data Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Facebook Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Facebook Company Products.

- **Ensuring access to our Service.**
  To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Facebook Inc., Facebook Ireland Limited, or their affiliates.

- **Connecting you with brands, products, and services in ways you care about.**
  We use data from Instagram and other Facebook Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- **Research and innovation.**
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

## How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact

FILED DATE: 9/2/2021 9:20 AM    2021CH02861

you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

### The Data Policy

Providing our Service requires collecting and using your information. The Data Policy explains how we collect, use, and share information across the Facebook Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Data Policy to use Instagram.

### Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

**Who Can Use Instagram.** We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least **13** years old.
- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.
- We must not have previously disabled your account for violation of law or any of our policies.
- You must not be a convicted sex offender.

**How You Can't Use Instagram.** Providing a safe and open Service for a broad community requires that we all do our part.

- **You can't impersonate others or provide inaccurate information.**
  You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.
- **You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.**
- **You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Facebook Platform Terms and Developer Policies, and Music Guidelines.**
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.
- **You can't do anything to interfere with or impair the intended operation of the Service.**
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

FILED DATE: 9/2/2021 9:20 AM  2021CH02861

- **You can't attempt to create accounts or access or collect information in unauthorized ways.**
  This includes creating accounts or collecting information in an automated way without our express permission.

- **You can't sell, license, or purchase any account or data obtained from us or our Service.**
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- **You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods).**
  You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- **You can't modify, translate, create derivative works of, or reverse engineer our products or their components.**

- **You can't use a domain name or URL in your username without our prior written consent.**

**Permissions You Give to Us.** As part of our agreement, you also give us permissions that we need to provide the Service.

- **We do not claim ownership of your content, but you grant us a license to use it.**
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- **Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.**
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Facebook Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- **You agree that we can download and install updates to the Service on your device.**

FILED DATE: 9/2/2021 9:20 AM 2021CH02861

### Additional Rights We Retain

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

- You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

### Content Removal and Disabling or Terminating Your Account

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Facebook Products and Facebook Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

- investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

- protect the safety and security of our products, systems, and users;

- comply with a legal obligation, such as the preservation of evidence; or

- comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

- in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

## Our Agreement and What Happens if We Disagree

**Our Agreement.**

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Facebook Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

**Who Has Rights Under this Agreement.**

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

**Who Is Responsible if Something Happens.**

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE

FILED DATE: 9/2/2021 9:20 AM    2021CH02861

IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

**How We Will Handle Disputes.**

- Except as provided below, **you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted**; you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. **You and we expressly waive a trial by jury.**

The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

This arbitration provision is governed by the Federal Arbitration Act.

You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send

FILED DATE: 9/2/2021 9:20 AM   2021CH02861

them here: Facebook, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the relief you seek. Any Notice of Dispute you send to us should be mailed to Facebook, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

**Unsolicited Material.**

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

## Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: December 20, 2020

ABOUT US    HELP    API    JOBS    TERMS    PRIVACY                                    © 2021 INSTAGRAM, INC.

ENGLISH (US)    ESPAÑOL    FRANÇAIS (FRANCE)    中文(简体)    العربية    PORTUGUÊS (BRASIL)    한국어    ITALIANO    DEUTSCH    हिन्दी    日本語

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC.,<br>an Illinois Corporation | ) ) ) | |
|      Plaintiff, | ) ) | Case No. 21 CH 2861 |
|      v. | ) ) ) | |
| INSTAGRAM, INC., a Delaware Corporation, | ) ) | |
|      Defendant. | ) ) | |

**ORDER**

This matter coming to be heard October 12, 2021 on Plaintiff's Motion For Leave to File Amended Complaint to substitute the party Defendant (the "Motion"), and the Court being advised in the premises:

IT IS HEREBY ORDERED:

The matter is continued to **November 22, 2021 at 9:30 am** for status on service and pleadings. Said status hearing to be conducted virtually by Zoom:

Meeting ID: 953 7174 9534

Password: 253498.

ENTERED
Judge Sophia H. Hall-0162

OCT 1 3 2021

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge:

Date:
10/13/21

**Prepared By:**
Daniel I. Schlade
Counsel for Plaintiff
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
danschlade@gmail.com
Firm ID: 61282

Judge Sophia H. Hall
(312) 603-3733
ccc.chancerycalendar14@cookcountyil.gov
Zoom Meeting ID: 953 7174 9534
Zoom Password: 253498

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Case: 1:21-cv-06931 Document #: 1-1 Filed: 12/30/21 Page 68 of 113 PageID #:76

FILED
11/10/2021 12:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

15551236

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | |
|---|---|
| REV. BILLY'S CHOP SHOP, INC., an Illinois Corporation | ) ) ) |
| Plaintiff, | ) ) Case No. 21 CH 2861 |
| v. | ) ) ) |
| FACEBOOK, INC. d/b/a INSTAGRAM, a Delaware Corporation, | ) ) ) |
| Defendant. | ) ) ) |

## MOTION FOR LEAVE TO FILE SECOND AMEND COMPLAINT

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the

following Motion For Leave to File Second Amended Complaint For Declaratory Judgment And

Other Relief, and states:

1. This is a dispute between Plaintiff and Facebook, Inc. d/b/a Instagram, an online photo

sharing service.

2. Plaintiff served Defendant with a copy of the Amended Complaint on September 2, 2021.

3. However, during the time this case has been pending, Plaintiff has suffered a substantial

loss of profits and revenue as a result of alleged breaches of contract between the Parties.

4. Accordingly, Plaintiff seeks leave to file a Second Amended Complaint to reflect claims

for these lost profits. A copy of Plaintiff's proposed Second Amended Complaint is attached.

Plaintiff will serve Defendant with a copy of the Second Amended Complaint pursuant to Illinois

Supreme Court Rule 105.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that this Motion be granted, and that it be granted leave *instanter* to file the attached Second Amended Complaint.

Daniel I. Schlade
6232 N. Pulaskim, #300
Chicago, IL 60646
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com

Rev. Billy's Chop Shop, Inc.

By Its Attorney

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC.,<br>an Illinois Corporation | ) | |
| | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 21 CH 2861 |
| | ) | |
|     v. | ) | |
| | ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM,<br>a Delaware Corporation, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

**SECOND AMENDED COMPLAINT FOR**
**DECLARATORY JUDGMENT AND OTHER RELIEF**

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Second Amended Complaint For Declaratory Judgment And Other Relief against Facebook, Inc. d/b/a Instagram, and states:

**Parties**

1. Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois. RBCS operates a hair salon.

2. Facebook, Inc. d/b/a Instagram ("Instagram") is a Delaware Corporation that is headquartered in California. Instagram operates a social media and photograph sharing internet site.

**Venue And Jurisdiction**

3. The dispute at issue involves interpretation and enforcement of an agreement between the parties. The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois. Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

## Facts Common To All Counts

4.      Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.      Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts"). In turn, other Instagram users as well as members of the public may view the Posts.

6.      Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.      RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.      RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.      RBCS Instagram account also became a significant revenue generator for its business. On average, RBCS's Instagram account generated $4,200 per month in sales, which revenue has been lost. RBCS's total lost revenue is approximately $50,400.00.

10.     In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.     In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service. Specifically, RBCS reported the age of its business to Instagram as six years old. Instagram wrongfully interpreted this representation as if RBCS was

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12.     This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13.     On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14.     On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15.     For approximately three weeks, RBCS's Instagram account operated properly.

16.     However, on or about March 21, 2021, Instagram again shut down RBCS's account. RBCS was advised that its account was deactivated for violating its terms of service.

17.     At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18.     At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

19.     On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

20.     Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account. These communications were conducted both electronically.

21.     In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

22.     At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

23.     RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

24.     Plaintiff incorporates by reference Paragraphs 1 through 23 as if set forth in full herein for Paragraph 24.

25.     The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS.  A copy of the TOS is attached hereto as Exhibit A.

26.     The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]" *See* Exhibit A.

27.     RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000. *See* Notice of Dispute, attached hereto as Exhibit A.

28.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service.  As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

29.     Plaintiff incorporates by reference Paragraphs 1 through 23 as if set forth in full herein for Paragraph 29.

30.     The TOS are a contract of adhesion in that:

> Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;

> At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and

> The TOS were offered to RBCS on a "take it or leave it" basis.

31.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram

users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

32.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

33.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

34.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

## COUNT III

35.     Plaintiff incorporates by reference Paragraphs 1 through 28 as if set forth in full herein for Paragraph 35.

36.     Pursuant to the TOS, Defendant agreed to permit RBCS to advertise its business using its service; and in Exchange, RBCS granted Defendant permission to use its "personal data" for marketing purposes. *See* Exhibit A, p. 3.

37.     In addition, pursuant to the TOS, RBCS granted Defendant permission to use both its username and posted content in connection with marketing its service.  *See* Exhibit A, p.4

38.     The TOS provides that Defendant may only remove or delete RBCS's content if it believes there has been a violation of the TOS.

39.     RBCS has never violated the TOS; and in particular it has not violated the TOS since February 27, 2021, nor has it engaged in any conduct that would give grounds to any reasonable belief that Plaintiff violated the TOS.

40.     Defendant breached the TOS on March 21, 2021, when it deactivated RBCS's account for no reason whatsoever; and Defendant has continued to be in breach of the TOS by refusing to reactive Plaintiff's account.

51.     RBCS has suffered damages of $50,400 as a direct and proximate result of Defendant's breach of the TOS, itemized as follows: RBCS's Instagram account typically generated $4,200 in revenue per month, and the account has been out for a total of twelve months at this point, representing $50,400 in damages.  These damages continue to accrue and increase for each month RBCS is not able to access its account.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor in the amount of $50,400.00.  Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com

Rev. Billy's Chop Shop, Inc.

By Its Attorney

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC., an Illinois Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 CH 2861 |
| v. | ) ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## RULE 222 AFFIDAVIT OF DANIEL I. SCHLADE

I, Daniel I. Schlade, based upon my personal knowledge, swear and state as follows:

1. I am over 21 years of age and do not suffer from any disabilities that would prevent me from making this affidavit. I have read and am familiar with the allegations of the Second Amended Complaint in the above-captioned matter.

2. I am an attorney retained by Plaintiff in the above captioned matter to prosecute this action.

3. This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by §1-109 of the Illinois Code of Civil Procedure, the undersigned, attorney for Plaintiff, certifies that the money damages sought by the Plaintiff herein exceed $50,000.00. FURTHER AFFIANT SAYETH NOT.

## Verification

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he believes the same to be true.

Dated:     November 10, 2021

_____
Daniel I. Schlade

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC., an Illinois Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 CH 2861 |
| v. | ) ) ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Complaint For Declaratory Judgment And Other Relief against Facebook, Inc. d/b/a Instagram, and states:

### Parties

1.      Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois. RBCS operates a hair salon.

2.      Facebook, Inc. d/b/a Instagram ("Instagram") is a Delaware Corporation that is headquartered in California.   Instagram operates a social media and photograph sharing internet site.

### Venue And Jurisdiction

3.      The dispute at issue involves interpretation and enforcement of an agreement between the parties.  The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois.  Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

## Facts Common To All Counts

4.     Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.     Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts"). In turn, other Instagram users as well as members of the public may view the Posts.

6.     Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.     RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.     RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.     RBCS Instagram account also became a significant revenue generator for its business. On average, RBCS's Instagram account generated $1,000 per week in sales, which revenue has been lost. RBCS's total lost revenue is approximately $24,000.

10.     In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.     In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service. Specifically, RBCS reported the age of its business to Instagram as six years old. Instagram wrongfully interpreted this representation as if RBCS was

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12.     This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13.     On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14.     On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15.     For approximately three weeks, RBCS's Instagram account operated properly.

16.     However, on or about March 21, 2021, Instagram again shut down RBCS's account. RBCS was advised that its account was deactivated for violating its terms of service.

17.     At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18.     At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

18.     On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

19.     Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account. These communications were conducted both electronically.

20.     In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

21.     At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

22.     RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

23.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 23.

24.     The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS.  A copy of the TOS is attached hereto as Exhibit A.

25.     The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]" *See* Exhibit A.

26.     RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000. *See* Notice of Dispute, attached hereto as Exhibit A.

27.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service. As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

28.     Plaintiff incorporates by reference Paragraphs 1 through 22 as if set forth in full herein for Paragraph 28.

29.     The TOS are a contract of adhesion in that:

> Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;

> At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and

> The TOS were offered to RBCS on a "take it or leave it" basis.

30.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram

users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

31.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

32.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

33.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade                                          Rev. Billy's Chop Shop, Inc.
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
Firm ID 61282                                              By Its Attorney
Email: danschlade@gmail.com

# EXHIBIT A

How can we help?

Help Center --- **Policies and Reporting**

Report Something

Reducing the Spread of False
Information on Instagram

Community Guidelines

Data Policy

**Terms of Use**

Platform Policy

About Cookies

Community Payments Terms

Instagram Purchase Protection Policy

Back

# Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we
expressly state that separate terms (and not these) apply, and provide information about
the Instagram Service (the "Service"), outlined below. When you create an Instagram
account or use Instagram, you agree to these terms. The Facebook Terms of Service do
not apply to this Service.

The Instagram Service is one of the Facebook Products, provided to you by Facebook,
Inc. These Terms of Use therefore constitute an agreement between you and Facebook,
Inc.

**ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL
BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR
RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE
ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF
ARBITRATION BELOW.**

## The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the
Instagram products, features, applications, services, technologies, and software that we
provide to advance Instagram's mission: To bring you closer to the people and things you
love. The Service is made up of the following aspects:

- **Offering personalized opportunities to create, connect, communicate, discover,
  and share.**
  People are different. We want to strengthen your relationships through shared
  experiences you actually care about. So we build systems that try to understand
  who and what you and others care about, and use that information to help you
  create, find, join, and share in experiences that matter to you. Part of that is
  highlighting content, features, offers, and accounts you might be interested in, and
  offering ways for you to experience Instagram, based on things you and others do
  on and off Instagram.

- **Fostering a positive, inclusive, and safe environment.**
  We develop and use tools and offer resources to our community members that
  help to make their experiences positive and inclusive, including when we think they
  might need help. We also have teams and systems that work to combat abuse and
  violations of our Terms and policies, as well as harmful and deceptive behavior. We
  use all the information we have-including your information-to try to keep our
  platform secure. We also may share information about misuse or harmful content

with other Facebook Companies or law enforcement. Learn more in the Data Policy.

- **Developing and using technologies that help us consistently serve our growing community.**
  Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- **Providing consistent and seamless experiences across other Facebook Company Products.**
  Instagram is part of the Facebook Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Data Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Facebook Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Facebook Company Products.

- **Ensuring access to our Service.**
  To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Facebook Inc., Facebook Ireland Limited, or their affiliates.

- **Connecting you with brands, products, and services in ways you care about.**
  We use data from Instagram and other Facebook Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- **Research and innovation.**
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

## How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact

you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

## The Data Policy

Providing our Service requires collecting and using your information. The Data Policy explains how we collect, use, and share information across the Facebook Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Data Policy to use Instagram.

## Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

**Who Can Use Instagram.** We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least 13 years old.

- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.

- We must not have previously disabled your account for violation of law or any of our policies.

- You must not be a convicted sex offender.

**How You Can't Use Instagram.** Providing a safe and open Service for a broad community requires that we all do our part.

- **You can't impersonate others or provide inaccurate information.**
  You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.

- **You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.**

- **You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Facebook Platform Terms and Developer Policies, and Music Guidelines.**
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.

- **You can't do anything to interfere with or impair the intended operation of the Service.**
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

- **You can't attempt to create accounts or access or collect information in unauthorized ways.**
  This includes creating accounts or collecting information in an automated way without our express permission.

- **You can't sell, license, or purchase any account or data obtained from us or our Service.**
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- **You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods).**
  You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- **You can't modify, translate, create derivative works of, or reverse engineer our products or their components.**

- **You can't use a domain name or URL in your username without our prior written consent.**

**Permissions You Give to Us.** As part of our agreement, you also give us permissions that we need to provide the Service.

- **We do not claim ownership of your content, but you grant us a license to use it.**
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- **Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.**
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Facebook Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- **You agree that we can download and install updates to the Service on your device.**

**Additional Rights We Retain**

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

- You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

**Content Removal and Disabling or Terminating Your Account**

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Facebook Products and Facebook Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

- investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

- protect the safety and security of our products, systems, and users;

- comply with a legal obligation, such as the preservation of evidence; or

- comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

- in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

## Our Agreement and What Happens if We Disagree

**Our Agreement.**

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Facebook Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

**Who Has Rights Under this Agreement.**

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

**Who Is Responsible if Something Happens.**

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE

IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

**How We Will Handle Disputes.**

- Except as provided below, **you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted**; you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. **You and we expressly waive a trial by jury.**

The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

This arbitration provision is governed by the Federal Arbitration Act.

You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send

them here: Facebook, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the relief you seek. Any Notice of Dispute you send to us should be mailed to Facebook, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

**Unsolicited Material.**

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

### Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: December 20, 2020

ABOUT US   HELP   API   JOBS   TERMS   PRIVACY                              © 2021 INSTAGRAM, INC.

ENGLISH (US)   ESPAÑOL   FRANÇAIS (FRANCE)   中文(简体)   العربية   PORTUGUÊS (BRASIL)   한국어   ITALIANO   DEUTSCH   हिन्दी   日本語

FILED
11/22/2021 10:10 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH02861

15688800

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC.,<br>an Illinois Corporation | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 CH 2861 |
| | ) | |
| v. | ) | |
| | ) | |
| FACEBOOK, INC. d/b/a INSTAGRAM, | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SECOND AMENDED COMPLAINT FOR
## DECLARATORY JUDGMENT AND OTHER RELIEF

Rev. Billy's Chop Shop, Inc., by and through its attorney, Daniel I. Schlade, submits the following Second Amended Complaint For Declaratory Judgment And Other Relief against Facebook, Inc. d/b/a Instagram, and states:

### Parties

1.     Rev. Billy's Chop Shop, Inc. ("RBCS") is an Illinois corporation, with its principal place of business located in Chicago, Cook County, Illinois. RBCS operates a hair salon.

2.     Facebook, Inc. d/b/a Instagram ("Instagram") is a Delaware Corporation that is headquartered in California. Instagram operates a social media and photograph sharing internet site.

### Venue And Jurisdiction

3.     The dispute at issue involves interpretation and enforcement of an agreement between the parties. The subject agreement was tendered to the Plaintiffs in Chicago, Illinois; and all or part of the transaction that gives rise to the dispute occurred in Chicago, Cook County, Illinois. Accordingly, venue and jurisdiction lie in the circuit court of Illinois.

## Facts Common To All Counts

4.      Instagram is in the business of operating a social media network whereby users post and share photos and narrative content related to the photos, their lives, and their businesses.

5.      Users who subscribe to Instagram are permitted to post photos, videos, and captions or comments (collectively "Posts").  In turn, other Instagram users as well as members of the public may view the Posts.

6.      Instagram and Instagram account holders enjoy a symbiotic relationship, whereby account holders make Posts and generate content for Instagram at no cost; and in turn Instagram is able to generate advertising revenue through the use of account holder's Posts.

7.      RCBS began using Instagram approximately six years ago to promote and advertise its Hair Salon.

8.      RCBS employed the use of Instagram using the handle "@revbillyschopshop[.]" Over the years, RCBS generated hundreds of posts marketing and advertising the services it provided, often through the use of customers or models who had received RBCP's services.

9.      RBCS Instagram account also became a significant revenue generator for its business.  On average, RBCS's Instagram account generated $4,200 per month in sales, which revenue has been lost.  RBCS's total lost revenue is approximately $50,400.00.

10.      In addition, many regular and prospective customers of RBCS would use the @revbillyschopshop handle to communicate with RBCS, including questions about services and dates and times to schedule appointments.

11.      In or about November 2020, Instagram suspended RBCS's account due to a purported violation of its terms of service.  Specifically, RBCS reported the age of its business to Instagram as six years old.   Instagram wrongfully interpreted this representation as if RBCS was

a six year old child, not a corporation, which would violate its terms of service requiring users to be thirteen years of age or older.

12.     This suspension of RBCS's account extended through the end of February 2021, during which time RBCS made multiple attempts to contact Instagram to assist it with resolving any discrepancies.

13.     On February 17, 2021, RBCS served a Notice of Dispute on Instagram, demanding resolution or arbitration of issues highlighted in Paragraphs 10 through 12.

14.     On or about February 27, 2021, Instagram reactivated RBCP's Instagram account.

15.     For approximately three weeks, RBCS's Instagram account operated properly.

16.     However, on or about March 21, 2021, Instagram again shut down RBCS's account.  RBCS was advised that its account was deactivated for violating its terms of service.

17.     At no time between February 27, 2021 and March 21, 2021 did RBCS engage in any conduct that violated Instagram's terms of service, or provided any grounds for the deactivation of the RBCS account.

18.     At no time between February 27, 2021 and the date of filing of this lawsuit has Instagram advised RBCS what particular terms of service were purportedly violated by it.

19.     On March 22, 2021 RBCS sent another notice of dispute and demand for arbitration on Instagram.

20.     Additionally, between March 22, 2021 and June 8, 2021, RBCS communicated numerous times with Instagram regarding reactivating its account.  These communications were conducted both electronically.

21.     In response to these communications identified in Paragraph 19, Instagram advised RBCS that the situation had been addressed and fixed by it, and Instagram sent RBCS at least

thirty-five emails advising it that "We [Instagram] just investigated your report and it looks like this is no longer an issue. If it comes up again, just reply to this message and let us know what's going on and we'll do our best to help."

22. At no time since March 21, 2021 has RBCS's Instagram been activated; available for RBCS to make Posts; or available for viewing to other Instagram users or the public.

23. RBCS has exhausted all non-judicial avenues of relief, including but not limited to: going through Instagram's appeal's process; communicating with Instagram electronically and seeking resolution of its issues; and serving a written notice of dispute and demand for arbitration.

## COUNT I – Declaratory Judgment

24. Plaintiff incorporates by reference Paragraphs 1 through 23 as if set forth in full herein for Paragraph 24.

25. The terms of service ("TOS") between RBCS and Instagram represent a binding and enforceable contract in that Instagram offered its terms to RBCS; RBCS accepted those terms, and the agreement is supported by valuable consideration, including the consideration identified in Paragraph 6, and enjoyed by Instagram and RBCS. A copy of the TOS is attached hereto as Exhibit A.

26. The TOS provides that Instagram will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute[.]" *See* Exhibit A.

27. RBCS timely served a notice of dispute on Instagram, and expressly notified Instagram that it was seeking less than $75,000. *See* Notice of Dispute, attached hereto as Exhibit A.

28.     To date, Instagram has refused to resolve the dispute between RBCS and Instagram, and it has refused to pay for any Arbitration, as required by the terms of service. As such, an actual controversy exists between the parties.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the court enter a judgment in its favor declaring the rights of the parties, including that Instagram, Inc. be compelled to institute and pay for all arbitration and administration costs relating to this dispute, Plaintiff's reasonable attorney's fees and costs, and for any other relief deemed just or necessary by this Court.

## COUNT II – Declaratory Judgment

29.     Plaintiff incorporates by reference Paragraphs 1 through 23 as if set forth in full herein for Paragraph 29.

30.     The TOS are a contract of adhesion in that:

Instagram enjoys a superior bargaining power due to its size, net worth, and control over the social media market in general;

At no time has RBCS possessed any opportunity to negotiate the TOS with Instagram; and

The TOS were offered to RBCS on a "take it or leave it" basis.

31.     The TOS are unlawful and/or overly burdensome in that: (i) they limit RBCS's damages to $100, but may require RBCS (or other Instagram account holders) to pay thousands of dollars in arbitration filing fees and administration costs; (ii) they prevent RBCS or any other Instagram users from filing a class action against Instagram; (iii) they require RBCS and other Instagram users to indemnify it and pay its reasonable attorney's fees; (iv) they require Instagram

users to file any non-arbitration lawsuit in California; (v) the terms of service apply to minors as young as thirteen years old.

32.     Because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome, the terms set forth in the "How We Handle Disputes." section of the TOS are unlawful, unenforceable, and/or should be construed against Instagram.

33.     In the alternative to the relief sought in Paragraph 31, because the TOS are a contract of adhesion; and because the TOS are unlawful or unduly burdensome; and because the terms set forth in the TOS are so onerous and inequitable, the entire TOS should be deemed void and unenforceable.

34.     An actual controversy exists between the parties as a result of the foregoing.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor declaring the rights of the parties, including that the "How We Handle Disputes." Section in Instagram, Inc.'s terms of service are unlawful and unenforceable; or in the alternative the Court should deem the entirety of the Terms of Service unlawful and unenforceable. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

## COUNT III

35.     Plaintiff incorporates by reference Paragraphs 1 through 28 as if set forth in full herein for Paragraph 35.

36.     Pursuant to the TOS, Defendant agreed to permit RBCS to advertise its business using its service; and in Exchange, RBCS granted Defendant permission to use its "personal data" for marketing purposes. *See* Exhibit A, p. 3.

37.     In addition, pursuant to the TOS, RBCS granted Defendant permission to use both its username and posted content in connection with marketing its service. *See* Exhibit A, p.4

38.     The TOS provides that Defendant may only remove or delete RBCS's content if it believes there has been a violation of the TOS.

39.     RBCS has never violated the TOS; and in particular it has not violated the TOS since February 27, 2021, nor has it engaged in any conduct that would give grounds to any reasonable belief that Plaintiff violated the TOS.

40.     Defendant breached the TOS on March 21, 2021, when it deactivated RBCS's account for no reason whatsoever; and Defendant has continued to be in breach of the TOS by refusing to reactive Plaintiff's account.

51.     RBCS has suffered damages of $50,400 as a direct and proximate result of Defendant's breach of the TOS, itemized as follows: RBCS's Instagram account typically generated $4,200 in revenue per month, and the account has been out for a total of twelve months at this point, representing $50,400 in damages. These damages continue to accrue and increase for each month RBCS is not able to access its account.

WHEREFORE, Rev. Billy's Chop Shop, Inc. respectfully requests that judgment be entered in its favor and against Facebook, Inc. d/b/a Instagram, and that the Court enter a judgment in its favor in the amount of $50,400.00. Additionally, Plaintiff requests that its reasonable attorney's fees and costs be awarded, and for any other relief deemed just or necessary by this Court.

Daniel I. Schlade                                          Rev. Billy's Chop Shop, Inc.
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Firm ID 61282
Email: danschlade@gmail.com                                By Its Attorney

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

REV. BILLY'S CHOP SHOP, INC.,  )
an Illinois Corporation  )
  )
     Plaintiff,  )  Case No. 21 CH 2861
  )
     v.  )
  )
FACEBOOK, INC. d/b/a INSTAGRAM,  )
a Delaware Corporation,  )
  )
     Defendant.  )
  )

## RULE 222 AFFIDAVIT OF DANIEL I. SCHLADE

I, Daniel I. Schlade, based upon my personal knowledge, swear and state as follows:

1. I am over 21 years of age and do not suffer from any disabilities that would prevent me from making this affidavit. I have read and am familiar with the allegations of the Second Amended Complaint in the above-captioned matter.

2. I am an attorney retained by Plaintiff in the above captioned matter to prosecute this action.

3. This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by §1-109 of the Illinois Code of Civil Procedure, the undersigned, attorney for Plaintiff, certifies that the money damages sought by the Plaintiff herein exceed $50,000.00. FURTHER AFFIANT SAYETH NOT.

### Verification

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he believes the same to be true.

Dated:    November 10, 2021

                                     Daniel I. Schlade

# EXHIBIT A

How can we help?

Help Center — **Policies and Reporting**

Report Something

Reducing the Spread of False
Information on Instagram

Community Guidelines

Data Policy

Terms of Use

Platform Policy

About Cookies

Community Payments Terms

Instagram Purchase Protection Policy

Back

# Terms of Use

Welcome to Instagram!

These Terms of Use (or "Terms") govern your use of Instagram, except where we
expressly state that separate terms (and not these) apply, and provide information about
the Instagram Service (the "Service"), outlined below. When you create an Instagram
account or use Instagram, you agree to these terms. The Facebook Terms of Service do
not apply to this Service.

The Instagram Service is one of the Facebook Products, provided to you by Facebook,
Inc. These Terms of Use therefore constitute an agreement between you and Facebook,
Inc.

**ARBITRATION NOTICE: YOU AGREE THAT DISPUTES BETWEEN YOU AND US WILL
BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AND YOU WAIVE YOUR
RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE
ARBITRATION. WE EXPLAIN SOME EXCEPTIONS AND HOW YOU CAN OPT OUT OF
ARBITRATION BELOW.**

## The Instagram Service

We agree to provide you with the Instagram Service. The Service includes all of the
Instagram products, features, applications, services, technologies, and software that we
provide to advance Instagram's mission: To bring you closer to the people and things you
love. The Service is made up of the following aspects:

- **Offering personalized opportunities to create, connect, communicate, discover,
  and share.**
  People are different. We want to strengthen your relationships through shared
  experiences you actually care about. So we build systems that try to understand
  who and what you and others care about, and use that information to help you
  create, find, join, and share in experiences that matter to you. Part of that is
  highlighting content, features, offers, and accounts you might be interested in, and
  offering ways for you to experience Instagram, based on things you and others do
  on and off Instagram.

- **Fostering a positive, inclusive, and safe environment.**
  We develop and use tools and offer resources to our community members that
  help to make their experiences positive and inclusive, including when we think they
  might need help. We also have teams and systems that work to combat abuse and
  violations of our Terms and policies, as well as harmful and deceptive behavior. We
  use all the information we have-including your information-to try to keep our
  platform secure. We also may share information about misuse or harmful content

with other Facebook Companies or law enforcement. Learn more in the Data Policy.

- **Developing and using technologies that help us consistently serve our growing community.**
  Organizing and analyzing information for our growing community is central to our Service. A big part of our Service is creating and using cutting-edge technologies that help us personalize, protect, and improve our Service on an incredibly large scale for a broad global community. Technologies like artificial intelligence and machine learning give us the power to apply complex processes across our Service. Automated technologies also help us ensure the functionality and integrity of our Service.

- **Providing consistent and seamless experiences across other Facebook Company Products.**
  Instagram is part of the Facebook Companies, which share technology, systems, insights, and information-including the information we have about you (learn more in the Data Policy) in order to provide services that are better, safer, and more secure. We also provide ways to interact across the Facebook Company Products that you use, and designed systems to achieve a seamless and consistent experience across the Facebook Company Products.

- **Ensuring access to our Service.**
  To operate our global Service, we must store and transfer data across our systems around the world, including outside of your country of residence. The use of this global infrastructure is necessary and essential to provide our Service. This infrastructure may be owned or operated by Facebook Inc., Facebook Ireland Limited, or their affiliates.

- **Connecting you with brands, products, and services in ways you care about.**
  We use data from Instagram and other Facebook Company Products, as well as from third-party partners, to show you ads, offers, and other sponsored content that we believe will be meaningful to you. And we try to make that content as relevant as all your other experiences on Instagram.

- **Research and innovation.**
  We use the information we have to study our Service and collaborate with others on research to make our Service better and contribute to the well-being of our community.

## How Our Service Is Funded

Instead of paying to use Instagram, by using the Service covered by these Terms, you acknowledge that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

We show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal and the kind of audience they want to see their ads. We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to help them understand how people are interacting with their content on and off Instagram. For example, we provide general demographic and interest information to advertisers to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact

you or identifies who you are) unless you give us specific permission. Learn more about how Instagram ads work here.

You may see branded content on Instagram posted by account holders who promote products or services based on a commercial relationship with the business partner mentioned in their content. You can learn more about this here.

## The Data Policy

Providing our Service requires collecting and using your information. The Data Policy explains how we collect, use, and share information across the Facebook Products. It also explains the many ways you can control your information, including in the Instagram Privacy and Security Settings. You must agree to the Data Policy to use Instagram.

## Your Commitments

In return for our commitment to provide the Service, we require you to make the below commitments to us.

**Who Can Use Instagram.** We want our Service to be as open and inclusive as possible, but we also want it to be safe, secure, and in accordance with the law. So, we need you to commit to a few restrictions in order to be part of the Instagram community.

- You must be at least 13 years old.

- You must not be prohibited from receiving any aspect of our Service under applicable laws or engaging in payments related Services if you are on an applicable denied party listing.

- We must not have previously disabled your account for violation of law or any of our policies.

- You must not be a convicted sex offender.

**How You Can't Use Instagram.** Providing a safe and open Service for a broad community requires that we all do our part.

- **You can't impersonate others or provide inaccurate information.**
  You don't have to disclose your identity on Instagram, but you must provide us with accurate and up to date information (including registration information), which may include providing personal data. Also, you may not impersonate someone or something you aren't, and you can't create an account for someone else unless you have their express permission.

- **You can't do anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose.**

- **You can't violate (or help or encourage others to violate) these Terms or our policies, including in particular the Instagram Community Guidelines, Facebook Platform Terms and Developer Policies, and Music Guidelines.**
  If you post branded content, you must comply with our Branded Content Policies, which require you to use our branded content tool. Learn how to report conduct or content in our Help Center.

- **You can't do anything to interfere with or impair the intended operation of the Service.**
  This includes misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals.

- **You can't attempt to create accounts or access or collect information in unauthorized ways.**
  This includes creating accounts or collecting information in an automated way without our express permission.

- **You can't sell, license, or purchase any account or data obtained from us or our Service.**
  This includes attempts to buy, sell, or transfer any aspect of your account (including your username); solicit, collect, or use login credentials or badges of other users; or request or collect Instagram usernames, passwords, or misappropriate access tokens.

- **You can't post someone else's private or confidential information without permission or do anything that violates someone else's rights, including intellectual property rights (e.g., copyright infringement, trademark infringement, counterfeit, or pirated goods).**
  You may use someone else's works under exceptions or limitations to copyright and related rights under applicable law. You represent you own or have obtained all necessary rights to the content you post or share. Learn more, including how to report content that you think infringes your intellectual property rights, here.

- **You can't modify, translate, create derivative works of, or reverse engineer our products or their components.**

- **You can't use a domain name or URL in your username without our prior written consent.**

**Permissions You Give to Us.** As part of our agreement, you also give us permissions that we need to provide the Service.

- **We do not claim ownership of your content, but you grant us a license to use it.**
  Nothing is changing about your rights in your content. We do not claim ownership of your content that you post on or through the Service and you are free to share your content with anyone else, wherever you want. However, we need certain legal permissions from you (known as a "license") to provide the Service. When you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Service, you hereby grant to us a non-exclusive, royalty-free, transferable, sub-licensable, worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This license will end when your content is deleted from our systems. You can delete content individually or all at once by deleting your account. To learn more about how we use information, and how to control or delete your content, review the Data Policy and visit the Instagram Help Center.

- **Permission to use your username, profile picture, and information about your relationships and actions with accounts, ads, and sponsored content.**
  You give us permission to show your username, profile picture, and information about your actions (such as likes) or relationships (such as follows) next to or in connection with accounts, ads, offers, and other sponsored content that you follow or engage with that are displayed on Facebook Products, without any compensation to you. For example, we may show that you liked a sponsored post created by a brand that has paid us to display its ads on Instagram. As with actions on other content and follows of other accounts, actions on sponsored content and follows of sponsored accounts can be seen only by people who have permission to see that content or follow. We will also respect your ad settings. You can learn more here about your ad settings.

- **You agree that we can download and install updates to the Service on your device.**

### Additional Rights We Retain

- If you select a username or similar identifier for your account, we may change it if we believe it is appropriate or necessary (for example, if it infringes someone's intellectual property or impersonates another user).

- If you use content covered by intellectual property rights that we have and make available in our Service (for example, images, designs, videos, or sounds we provide that you add to content you create or share), we retain all rights to our content (but not yours).

- You can only use our intellectual property and trademarks or similar marks as expressly permitted by our Brand Guidelines or with our prior written permission.

- You must obtain written permission from us or under an open source license to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

### Content Removal and Disabling or Terminating Your Account

- We can remove any content or information you share on the Service if we believe that it violates these Terms of Use, our policies (including our Instagram Community Guidelines), or we are permitted or required to do so by law. We can refuse to provide or stop providing all or part of the Service to you (including terminating or disabling your access to the Facebook Products and Facebook Company Products) immediately to protect our community or services, or if you create risk or legal exposure for us, violate these Terms of Use or our policies (including our Instagram Community Guidelines), if you repeatedly infringe other people's intellectual property rights, or where we are permitted or required to do so by law. We can also terminate or change the Service, remove or block content or information shared on our Service, or stop providing all or part of the Service if we determine that doing so is reasonably necessary to avoid or mitigate adverse legal or regulatory impacts on us. If you believe your account has been terminated in error, or you want to disable or permanently delete your account, consult our Help Center. When you request to delete content or your account, the deletion process will automatically begin no more than 30 days after your request. It may take up to 90 days to delete content after the deletion process begins. While the deletion process for such content is being undertaken, the content is no longer visible to other users, but remains subject to these Terms of Use and our Data Policy. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

- Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

  - where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted); or

  - where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or

  - where deletion would restrict our ability to:

- investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our products or systems);

- protect the safety and security of our products, systems, and users;

- comply with a legal obligation, such as the preservation of evidence; or

- comply with a request of a judicial or administrative authority, law enforcement, or a government agency;

- in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

- If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but this section and the section below called "Our Agreement and What Happens if We Disagree" will still apply even after your account is terminated, disabled, or deleted.

## Our Agreement and What Happens if We Disagree

**Our Agreement.**

- Your use of music on the Service is also subject to our Music Guidelines, and your use of our API is subject to our Facebook Platform Terms and Developer Policies. If you use certain other features or related services, you will be provided with an opportunity to agree to additional terms that will also become a part of our agreement. For example, if you use payment features, you will be asked to agree to the Community Payment Terms. If any of those terms conflict with this agreement, those other terms will govern.

- If any aspect of this agreement is unenforceable, the rest will remain in effect.

- Any amendment or waiver to our agreement must be in writing and signed by us. If we fail to enforce any aspect of this agreement, it will not be a waiver.

- We reserve all rights not expressly granted to you.

**Who Has Rights Under this Agreement.**

- Our past, present, and future affiliates and agents, including Instagram LLC, can invoke our rights under this agreement in the event they become involved in a dispute. Otherwise, this agreement does not give rights to any third parties.

- You cannot transfer your rights or obligations under this agreement without our consent.

- Our rights and obligations can be assigned to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law.

**Who Is Responsible if Something Happens.**

- Our Service is provided "as is," and we can't guarantee it will be safe and secure or will work perfectly all the time. TO THE EXTENT PERMITTED BY LAW, WE ALSO DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE

IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

- We also don't control what people and others do or say, and we aren't responsible for their (or your) actions or conduct (whether online or offline) or content (including unlawful or objectionable content). We also aren't responsible for services and features offered by other people or companies, even if you access them through our Service.

- Our responsibility for anything that happens on the Service (also called "liability") is limited as much as the law will allow. If there is an issue with our Service, we can't know what all the possible impacts might be. You agree that we won't be responsible ("liable") for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms, even if we know they are possible. This includes when we delete your content, information, or account. Our aggregate liability arising out of or relating to these Terms will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

- You agree to defend (at our request), indemnify and hold us harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation, reasonable attorney's fees and costs, arising out of or in any way connected with these Terms or your use of the Service. You will cooperate as required by us in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without our prior written consent.

**How We Will Handle Disputes.**

- Except as provided below, **you and we agree that any cause of action, legal claim, or dispute between you and us arising out of or related to these Terms or Instagram ("claim(s)") must be resolved by arbitration on an individual basis. Class actions and class arbitrations are not permitted;** you and we may bring a claim only on your own behalf and cannot seek relief that would affect other Instagram users. If there is a final judicial determination that any particular claim (or a request for particular relief) cannot be arbitrated in accordance with this provision's limitations, then only that claim (or only that request for relief) may be brought in court. All other claims (or requests for relief) remain subject to this provision.

- Instead of using arbitration, you or we can bring claims in your local "small claims" court, if the rules of that court will allow it. If you don't bring your claims in small claims court (or if you or we appeal a small claims court judgment to a court of general jurisdiction), then the claims must be resolved by binding, individual arbitration. The American Arbitration Association will administer all arbitrations under its Consumer Arbitration Rules. **You and we expressly waive a trial by jury.**

The following claims don't have to be arbitrated and may be brought in court: disputes related to intellectual property (like copyrights and trademarks), violations of our Platform Policy, or efforts to interfere with the Service or engage with the Service in unauthorized ways (for example, automated ways). In addition, issues relating to the scope and enforceability of the arbitration provision are for a court to decide.

This arbitration provision is governed by the Federal Arbitration Act.

You can opt out of this provision within 30 days of the date that you agreed to these Terms. To opt out, you must send your name, residence address, username, email address or phone number you use for your Instagram account, and a clear statement that you want to opt out of this arbitration agreement, and you must send

them here: Facebook, Inc. ATTN: Instagram Arbitration Opt-out, 1601 Willow Rd., Menlo Park, CA 94025.

- Before you commence arbitration of a claim, you must provide us with a written Notice of Dispute that includes your name, residence address, username, email address or phone number you use for your Instagram account, a detailed description of the dispute, and the relief you seek. Any Notice of Dispute you send to us should be mailed to Facebook, Inc., ATTN: Instagram Arbitration Filing, 1601 Willow Rd. Menlo Park, CA 94025. Before we commence arbitration, we will send you a Notice of Dispute to the email address you use with your Instagram account, or other appropriate means. If we are unable to resolve a dispute within thirty (30) days after the Notice of Dispute is received, you or we may commence arbitration.

- We will pay all arbitration filing fees, administration and hearing costs, and arbitrator fees for any arbitration we bring or if your claims seek less than $75,000 and you timely provided us with a Notice of Dispute. For all other claims, the costs and fees of arbitration shall be allocated in accordance with the arbitration provider's rules, including rules regarding frivolous or improper claims.

- For any claim that is not arbitrated or resolved in small claims court, you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim.

- The laws of the State of California, to the extent not preempted by or inconsistent with federal law, will govern these Terms and any claim, without regard to conflict of law provisions.

**Unsolicited Material.**

We always appreciate feedback or other suggestions, but may use them without any restrictions or obligation to compensate you for them, and are under no obligation to keep them confidential.

## Updating These Terms

We may change our Service and policies, and we may need to make changes to these Terms so that they accurately reflect our Service and policies. Unless otherwise required by law, we will notify you (for example, through our Service) before we make changes to these Terms and give you an opportunity to review them before they go into effect. Then, if you continue to use the Service, you will be bound by the updated Terms. If you do not want to agree to these or any updated Terms, you can delete your account, here.

Revised: December 20, 2020

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

| | | |
|---|---|---|
| REV. BILLY'S CHOP SHOP, INC.,<br>an Illinois Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 CH 2861 |
| v. | ) ) | |
| INSTAGRAM, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

This matter coming to be heard on November 22, 2021 on status and Plaintiff's Motion For Leave to File Second Amended Complaint to substitute the party Defendant (the "Motion"), and the Court being advised in the premises:

IT IS HEREBY ORDERED:

Plaintiff is granted leave instanter to file its Second Amended Complaint, with alias summons to issue. The matter is continued to **January 6, 2022 at 9:30 am** for status on service and pleadings. Said status hearing to be conducted virtually by Zoom:

Meeting ID: 953 7174 9534

Password: 253498.

ENTERED
Judge Sophia H. Hall-0162
NOV 23 2021
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge

Date: 11/23/21

**Prepared By:**
Daniel I. Schlade
Counsel for Plaintiff
134 N. LaSalle, Suite 1208
Chicago, IL 60602
773-550-3775
danschlade@gmail.com
Firm ID: 61282

Judge Sophia H. Hall
(312) 603-3733
ccc.chancerycalendar14@cookcountyil.gov
Zoom Meeting ID: 953 7174 9534
Zoom Password: 253498

**Cook County**
**Clerk of the Circuit Court**
Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

| Case Information Summary for Case Number |
|---|
| 2021-CH-02861 |

Filing Date: 06/11/2021

Case Type: DECLARATORY JUDGEMENT

Division: Chancery Division

District: First Municipal

Ad Damnum: $0.00

Calendar: 14

**Party Information**

**Plaintiff(s)**
REV. BILLY?S CHOP SHOP, I

**Attorney(s)**
SCHLADE, DANIEL I.
134 N LASALLE #1208
CHICAGO IL, 60602
(773) 550-3775

**Defendant(s)**          **Defendant Date of Service**          **Attorney(s)**
INSTAGRAM, INC.

**Case Activity**

Activity Date: 06/11/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Declaratory Judgment Complaint Filed

Court Fee: 388.00 — Attorney: SCHLADE, DANIEL I.

Activity Date: 06/11/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Case Set On Case Management Call

Date: 10/12/2021
Court Time: 0930
Court Room: 2301

Judge: HALL, SOPHIA H
Attorney: SCHLADE, DANIEL I.

Activity Date: 06/23/2021 — Participant: INSTAGRAM, INC.

Summons Issued And Returnable

Attorney: SCHLADE, DANIEL I.

Activity Date: 07/19/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Alias Summons Issued And Returnable

Court Fee: 6.00 — Attorney: SCHLADE, DANIEL I.

Activity Date: 07/19/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Alias Summons Issued And Returnable

Court Fee: 6.00 — Attorney: SCHLADE, DANIEL I.

Activity Date: 08/24/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Motion Filed

Attorney: SCHLADE, DANIEL I.

Activity Date: 08/25/2021 — Participant:

Motion Scheduled (Motion Counter Only)

Date: 09/01/2021
Court Time: 1000

Attorney: SCHLADE, DANIEL I.

Activity Date: 08/25/2021 — Participant: REV. BILLY?S CHOP SHOP, I

Notice Of Motion Filed

Attorney: SCHLADE, DANIEL I.

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S CHOP SHOP, I

Electronic Notice Sent

Date: 10/12/2021
Court Time: 0930                                 Attorney: SCHLADE, DANIEL I.
Court Room: 2301                                 Microfilm: CH000000000

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Continuance - Allowed -

Date: 10/12/2021
Court Time: 0930                                 Judge: HALL, SOPHIA H
Court Room: 2301

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Motion To - Allowed -

Court Room: 2301                                 Judge: HALL, SOPHIA H

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Amend Complaint Or Petition - Allowed -

Court Room: 2301                                 Judge: HALL, SOPHIA H

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Case Assigned to Remote Video Proceeding - Allowed

Court Room: 2301                                 Judge: HALL, SOPHIA H

Activity Date: 09/01/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Agreement to Participate in Remote Video Proceedings - Filed

Court Room: 2301                                 Judge: HALL, SOPHIA H

Activity Date: 09/02/2021                                        Participant: REV. BILLY?S CHOP SHOP, I

Amended Complaint Filed

Attorney: SCHLADE, DANIEL I.

Activity Date: 09/02/2021                                        Participant: REV. BILLY?S CHOP SHOP, I

Alias Summons Issued And Returnable

Court Fee: 6.00                                 Attorney: SCHLADE, DANIEL I.

Activity Date: 10/13/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Case Assigned to Zoom Hearing - Allowed

Date: 11/22/2021
Court Time: 0930                                 Judge: HALL, SOPHIA H
Court Room: 2301

Activity Date: 11/10/2021                                        Participant: REV. BILLY?S CHOP SHOP, I

Motion Filed

Attorney: SCHLADE, DANIEL I.

Activity Date: 11/22/2021                                        Participant: REV. BILLY?S CHOP SHOP, I

Amendment To Complaint Filed

Attorney: SCHLADE, DANIEL I.

Activity Date: 11/23/2021                                        Participant: REV. BILLY?S C OP SHOP, I

Amend Complaint Or Petition - Allowed -

Court Room: 2301                                                    Judge: HALL, SOPHIA H

Activity Date: 11/23/2021                                          Participant: REV. BILLY?S C OP SHOP, I

Order Plaintiff Leave To File Petition

Court Room: 2301                                                    Judge: HALL, SOPHIA H

Activity Date: 11/23/2021                                          Participant: REV. BILLY?S C OP SHOP, I

Case Assigned to Zoom Hearing - Allowed

Date: 01/06/2022

Court Time: 0930                                                    Judge: HALL, SOPHIA H

Court Room: 2301

[Back to Top](#)

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.