**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Rev. Billy's Chop Shop | ) | |
| | ) | Case No: 21 C 6931 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| Facebook, Inc. d/b/a Instagram, | ) | |
| a Delaware corporation, | ) | |

**ORDER**

Alina Artunian's motion for leave to appear pro hac vice on behalf of Defendant [11]
is granted.

Date:  February 4, 2022                        /s/ Martha M. Pacold