# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| REV. BILLY'S CHOP SHOP, INC., | ) |
|  | ) |
| Plaintiff, | ) Civil Action No. 2021-cv-06931 |
|  | ) |
| v. | ) |
|  | ) |
| FACEBOOK, INC. d/b/a INSTAGRAM, | ) |
| a Delaware Corporation | ) |
|  | ) |
| Defendant. | ) |

## DECLARATION OF ALINA ARTUNIAN

I, Alina Artunian, hereby declare as follows:

1. I am an attorney at the law firm of Mayer Brown LLP, counsel for defendant Facebook, Inc. (now known as Meta Platforms, Inc.).

2. I make this declaration based on my own personal knowledge and if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. On February 7, 2022, I visited the American Arbitration Association ("AAA") website at http://www.adr.org. On the web page that was displayed, I clicked "Practice Areas" On the menu that was next displayed, I clicked "Consumer." On the web page that was next displayed, I clicked "Costs of Consumer Arbitration including AAA Administrative Costs." Attached as Exhibit 1 is a true and correct copy of the document that was displayed after I clicked that link.

2

      I declare under penalty of perjury of the laws of the United States that to the best of my knowledge, information, and belief, the foregoing is true and correct. Executed on February 7, 2022 in New York, New York.

_____<br>
Alina Artunian