## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Rev. Billy's Chop Shop, Inc.
                       Plaintiff,

v.                                                   Case No.: 1:21−cv−06931
                                                    Honorable Martha M. Pacold

Facebook, Inc.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic hearing held on 7/28/2022. For the reasons stated on the record, Defendant's motion to compel arbitration and stay proceedings [13] is granted. The case is hereby stayed under 9 U.S.C. § 3 while the parties arbitrate. For docket management purposes, the case is administratively closed while the parties are in arbitration. If there is any need for court action, either party may file a motion to reopen the case by explaining why there is good cause to do so. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.